# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Owners Insurance Company, and
Auto-Owners Insurance Company,

                        Plaintiffs,

                                                  Civ. No. 10-2868 (RHK/JJG)
                                                  **ORDER**

v.

European Auto Works, Inc. d/b/a
Autopia, and Percic Enterprises, Inc.,

                        Defendants.

      This matter is before the Court *sua sponte*. On March 18, 2011, Plaintiffs filed a Motion for Summary Judgment (Doc. No. 26), noticing their Motion for a hearing on August 23, 2011. Then, on July 12, 2011, Defendants filed a Cross-Motion for Summary Judgment (Doc. No. 28), noticed for a hearing on the same date. Each side has filed an opening memorandum in support of its Motion. Because these Cross-Motions address the same issue—whether there is coverage under the insurance policies, as a matter of law—the Court concludes it will limit the parties' briefing.

      Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that (1) responsive briefs shall be served and filed 21 days prior to the hearing pursuant to the Local Rule 7.1(b); (2) no replies (by memorandum, affidavit, letter, or otherwise) will be permitted absent further Order of the Court; and (3) each side's briefs shall conform to the word limitations provided in Local Rule 7.1(d)—this

2

means the total number of words in each side's opening brief and response (combined) shall not exceed 12,000.

Dated:  July 22, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge